UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZACHARY IRWIN POND,

          Plaintiff,

   v.

TERRANCE DOE, *et al.*,

          Defendants.

CASE NO. 3:21-cv-05339-BJR-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, the remaining record, and no objections having been filed, does hereby find and ORDER:

(1)     The Court adopts the report and recommendation.

(2)     This matter is dismissed without prejudice for failure to prosecute and all pending motions are denied as moot. This case is closed.

(3)     The Clerk is directed to send copies of this order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

**DATED** this 31st day of March 2023.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge